UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
        Plaintiff,                                   ) Case No.
                                                               ) 2:12-cr-240-PMP-CWH
   vs.                                                      )
                                                               )
JOHNNIE RAY BURKHOLDER,                   )  **ORDER TEMPORARILY**
        Defendant.                                   )  **UNSEALING TRANSCRIPT**

       On June 4, 2013, Felicia Zabin, Transcriber, received a Transcript Order form requesting a transcript of the Sentencing Hearing, held on March 4, 2013, from Ms. Nisha Brooks-Whittington, AFPD, in which a **portion** of the **hearing was sealed.**

       **IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Ms. Nisha Brooks-Whittington.

       **IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

       **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

       DATED this 11th day of June, 2013.

                                                               Carl W. Hoffman
                                                              United States Magistrate Judge