UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:12-CR-00240-PMP-CWH |
| | ORDER |
| JOHNNIE RAY BURKHOLDER, | |
| Defendant. | |

IT IS ORDERED that Plaintiff United States of America shall respond to Defendant Johnnie Ray Burkholder's Motion to Toll One Year Statute of Limitations on Filing Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #41) and Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #42) on or before November 17, 2014.

DATED: October 1, 2014

_____
PHILIP M. PRO
United States District Judge