# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    2:12-cr-00240-PMP-CWH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JONNIE RAY BURKHOLDER, | )    ORDER |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the pending application of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 2:12-cr-00240-PMP-CWH between the defendant and Nisha Brooks-Whittington, Esq., shall be deemed waived for all purposes relating to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody. Ms. Brooks-Whittington shall, within 30 days of this order, provide the government with an affidavit or declaration concerning all information known by her related to the contentions raised in Defendant's motions regarding his communications with her about appeal. Further, Ms. Brooks-Whittington may communicate with government counsel

and provide supporting documentation regarding all matters put at issue in Defendant's motion.

The government shall have an additional 30 days, after receiving Ms. Brooks-Whittington's affidavit or declaration, to file its response to Defendant's 2255 motion.

DATED this   14th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

7