RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Johnnie Ray Burkholder

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHNNIE RAY BURKHOLDER,<br><br>          Defendant. | Case No. 2:12-cr-00240-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Johnnie Ray Burkholder, that the Revocation Hearing currently scheduled on February 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

     This Stipulation is entered into for the following reasons:

     1.    Defense counsel has a conflict with the current hearing setting and will be in trial on *USA v. Whittaker*, United States District Court, District of Nevada case 2:23-cr-00013-JCM-BNW. A short continuance will allow defense counsel an opportunity to be present for Mr. Burkholder's revocation hearing.

2. Mr. Burkholder is not custody and agrees with the need to continue the hearing.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNIE RAY BURKHOLDER,<br><br>　　　　Defendant. | Case No. 2:12-cr-00240-GMN-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 26, 2024 at 9:30 a.m., be vacated and continued to  March 11, 2024  at the hour of 9:00 a.m.

　　DATED this  21  day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE